# United States Court of Appeals for the Federal Circuit

———————

September 18, 2015

## ERRATUM

———————

Appeal Nos. 2014-1854, 2015-1006, 2015-1007

———————

**ASTORNET TECHNOLOGIES INC.,**
*Plaintiff-Appellant*

**v.**

**BAE SYSTEMS, INC.,**
*Defendant-Appellee*

**MORPHOTRUST USA, LLC,**
*Defendant-Appellee*

**NCR GOVERNMENT SYSTEMS, LLC,**
*Defendant-Appellee*

———————

Decided: September 17, 2015
Precedential Opinion

———————

The following change has been made in the first line of the opinion: insert "the" before "sole."